# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-023-RJC-DCK

| EDWARD P. BOWERS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| COVENTRY HEALTH CARE OF THE CAROLINAS, INC., | ) ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff's attorney, Michael Tennyson Bowers, filed a "Notice Of Settlement" (Document No. 11) notifying the Court that the parties have reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **November 1, 2017**.

**SO ORDERED**.

Signed: October 2, 2017

David C. Keesler
United States Magistrate Judge